UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| TODD DUCKWITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:10-cv-00758-JPG-DGW |
| ) | |
| STEVEN S. SMITH, ENERTECH ) | Jury Trial Demanded |
| MANUFACTURING, LLC, a South ) | |
| Dakota Limited Liability Corporation ) | |
| and EMI PROPERTIES, LLC, a South ) | |
| Dakota Limited Liability Corporation, ) | |
| ) | |
| Defendants. ) | |

## AMENDED COMPLAINT

NOW COMES the Plaintiff, TODD DUCKWITZ, by Bruce A. Burkey and Christopher A. Koester of Taylor Law Offices, P.C., his attorneys, and as and for his Amended Complaint against the Defendants, STEVEN S. SMITH, ENERTECH MANUFACTURING, LLC, and EMI PROPERTIES, LLC, hereby states:

### The Parties

1. The Plaintiff, Todd Duckwitz (hereinafter referred to as "Duckwitz"), is a citizen of the State of North Carolina.

2. The Defendant, Steven S. Smith (hereinafter referred to as "Smith"), is a citizen of the State of Illinois, residing in Bond County.

3. The Defendant, Enertech Manufacturing, LLC (hereinafter referred to as "Enertech"), is a limited liability corporation incorporated pursuant to the laws of South Dakota. The members of Enertech are Steven S. Smith, Karen R. Smith and Shawn Melton, which are all citizens of the State of Illinois, residing in Bond County.

4. The Defendant, EMI Properties, LLC (hereinafter referred to as "EMI"), is a limited liability corporation incorporated pursuant to the laws of South Dakota. <u>The members of EMI are Steven S. Smith, Karen R. Smith and Shawn Melton, which are all citizens of the State of Illinois, residing in Bond County.</u>

**Jurisdiction and Venue**

5. This Court has jurisdiction of the parties hereto and subject matter herein pursuant to 28 U.S.C. Section 1332 on the grounds that there is complete diversity of citizenship between the Plaintiff and Defendants and the amount in controversy exceeds $75,000.00. Additionally, this Court has supplemental jurisdiction pursuant to 28 USC Section 1367 over non-federal question claims and form the basis of the same case in controversy.

6. Venue is proper in this district and division pursuant to 28 U.S.C. Section 1391 on the grounds that Smith is a resident of Bond County, Illinois, and a substantial part of the events which give rise to this cause of action occurred in this judicial district and all Defendants are subject to personal jurisdiction in this judicial district.

**General Allegations**

7. At all relevant times mentioned herein, Duckwitz has been a member of Enertech and EMI, and owns a 5% membership interest in Enertech and EMI, and each of them.

8. Enertech and EMI were organized as "manager-managed" corporations pursuant to the law of South Dakota and Smith has acted as said manager for the corporations.

9. At all relevant times mentioned herein, Duckwitz was employed as an

engineer for EMI and received compensation for his services from Enertech, Inc., an Illinois corporation owned and controlled by Smith.

10. In late 2009, Duckwitz was advised by Smith that Smith had received a proposal to purchase Enertech and EMI from a third party. Smith also advised Duckwitz that at such time as the sale was consummated, Duckwitz would receive between $2,500,000 and $2,750,000 as and for renumeration for his 5% membership interest in Enertech and EMI.

11. In March, 2010, Duckwitz was terminated without cause from his employment at EMI.

12. In March, 2010, Smith, Enertech and EMI advised Duckwitz that they intended to exercise the right to purchase Duckwitz's membership interest in EMI and Enertech upon his disassociation of the corporations pursuant to the operating agreements of EMI and Enertech. On April 4, 2010, Smith advised Duckwitz that Duckwitz was required to relinquish his 5% membership interest in the companies for the amount of $500,000.00 (payable over time) notwithstanding the prior statement that the share was valued at $2,500,000.00 to $2,750,000.00 and that the true market value may exceed $3,000,000.00.

13. On or about April 14, 2010, Smith, Enertech and EMI made disproportionate distributions to the other members of EMI and Enertech in violation of the operating agreements governing EMI and Enertech.

14. At all relevant times herein, Smith, Enertech and EMI owed an obligation of good faith and fair dealing to its members, including Duckwitz, pursuant to the South Dakota Limited Liability Act, SDCL Section 47-34A-409(d).

15. Smith, Enertech and EMI have breached the applicable duty of good faith and fair dealing and the fiduciary obligations owed to Duckwitz by terminating Duckwitz and refusing to pay him the fair value for his 5% membership interest in the companies.

WHEREFORE, the Plaintiff, TODD DUCKWITZ, prays that judgment be entered in his favor and against the Defendants, STEVEN S. SMITH, ENERTECH MANUFACTURING, LLC, and EMI PROPERTIES, LLC, in the amount of $3,000,000 in compensatory damages, plus attorney's fees, exemplary damages and costs incurred herein.

TODD DUCKWITZ, Plaintiff


By: s/Christopher A. Koester
    Christopher A. Koester
    Bruce A. Burkey
    Taylor Law Offices, P.C.
    Attorneys for Plaintiff


CHRISTOPHER A. KOESTER
BRUCE A. BURKEY
TAYLOR LAW OFFICES, P.C.
Attorneys for Plaintiff
122 East Washington Avenue
P.O. Box 668
Effingham, Illinois  62401
Phone:  (217) 342-3925
Fax: (217) 342-2341
E-mail: koester@taylorlaw.net
       burkey@taylorlaw.net

<u>CERTIFICATE OF SERVICE</u>

Christopher A. Koester of Taylor Law Offices, P.C., attorney for Plaintiff, Todd Duckwitz, hereby certifies that he caused a true and correct copy of the foregoing Amended Complaint to be served upon all counsel of record via the CM/ECF system this 2nd day of November, 2010, which will send notification of such filing to the following:

Gene Brockland - jgb@herzogcrebs.com


/s/Christopher A. Koester
Christopher A. Koester


CHRISTOPHER A. KOESTER of
TAYLOR LAW OFFICES, P.C.
Attorneys for Plaintiff
122 East Washington Avenue
P.O. Box 668
Effingham, Illinois  62401
(217) 342-3925
Fax:  (217) 342-2341
koester@taylorlaw.net