IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| TODD DUCKWITZ, | ) | | |
| | ) | | |
| Plaintiff/Counter-Defendant, | ) | CASE NO.: 3:10-cv-758-JPG-DGW | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| STEVEN S. SMITH, ENERTECH MANUFACTURING, LLC, and EMI PROPERTIES, LLC, | ) ) ) ) | JUDGE: | J. Phil Gilbert, District Judge |
| Defendants/Counter-Plaintiffs. | ) | | |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case, including all claims and counterclaims, is dismissed with prejudice and without costs.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

**Dated:  December 8, 2011**


**Approved:**   s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**